DE-SHAUN JOHNSON
1421 N JONES BLVD #478
LAS VEGAS, NEVADA 89108
(702) 695-1907
DESHAUNJOHNSON23@GMAIL.COM

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DE-SHAUN JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SERVICES, INC.,<br><br>    Defendant | Case No.: 2:25-cv-01938-JAD-BNW<br><br>**Stipulation and Order of Dismissal with Prejudice**<br><br>ECF No. 23 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff De-Shaun Johnson appearing pro se, and Defendant Experian Information Services INC., by and through its undersigned counsel, hereby stipulation and agree that all claims asserted by Plaintiff against Defendant in the above captioned action are hereby dismissed with prejudice. Each party will bear their own costs and attorney's fees.

Dated this 20th of March, 2026

By:/s/ De-Shaun Johnson _____    By:/s/ Inku Nam _____

De-Shaun Johnson                        Inku Nam, Esq. (NV Bar 12050)
Plaintiff, Pro Se                       O'Hagan Meyer PPLC
1421 N Jones Blvd #478                  300 S. 4th Street Suite 1250
Las Vegas, Nv 89108                     Las Vegas, Nv 89101

                                        Attorneys for Defendant
                                        Experian Information Solutions, Inc.

### ORDER

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE
3-25-26